IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLARICE HILLIARD,
*as Independent Administrator of the*
*Estate of Clifton C. Lovett, deceased,*

Plaintiff,

v.                                                          Case No. 19-cv-229 JPG

CITY OF VENICE, ILLINOIS
*a Municipal Corporation*,

Defendant.

## <u>JUDGMENT</u>

The Court having been advised by counsel for the parties that the above action has been

settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.


Dated: 1/22/2024                    **MONICA A. STUMP, Clerk of Court**

                                    **s/ Tina Gray, Deputy Clerk_____**



**Approved:**    *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**