UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLARICE HILLIARD, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF CLIFTON C. LOVETT, DECEASED,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF VENICE, ILLINOIS, A MUNICIPAL CORPORATION; et al,<br><br>         Defendants. | Case No. 3:19-cv-00229-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on a Motion to Dismiss. (Doc. 103). The Plaintiff filed their motion on May 7, 2024, with the agreement of the Defendants, pursuant to a settlement agreement. This cause coming to be heard by agreement of the Parties, and the Court being advised that all matters in controversy having been resolved, the Court **GRANTS** the motion. This case is hereby **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  May 9, 2024**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**