# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLARICE HILLIARD, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF CLIFTON C. LOVETT, DECEASED,<br><br>          Plaintiff,<br><br>    v.<br><br>CITY OF VENICE, ILLINOIS, A MUNICIPAL CORPORATION; et al.,<br><br>          Defendants | Case No. 3:19-cv-00229-JPG |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice,

**DATED:** May 9, 2024

                                        MONICA A. STUMP, Clerk of Court

                                        By:    *s/Tina Gray,*
                                                        Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                      J. PHIL GILBERT
                      U.S. DISTRICT JUDGE